UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

SIGRIDUR BALDURSDOTTIR

v.

BOSTON, MICHELLE WU, KATHLEEN
COFFEY, SEAN PAUL MURPHY,
JUSTICES OF THE WEST ROXBURY
DIVISION OF THE BOSTON MUNICIPAL
COURT

No. 1:23-cv-11403-DJC

**NOTICE OF ASSIGNED JUDGE'S CONFLICT OF INTEREST**

Plaintiff, Sigridur Baldursdottir, by undersigned counsel, hereby respectfully notifies the Honorable Judge Denise Casper (Judge Casper) of Plaintiff's allegations in the instant matter that Defendants are unconstitutionally retaliating against Plaintiff for Plaintiff's "prominent leader[ship]" in a "local civil rights movement." See Complaint, ¶ 26. This local civil rights movement was organized expressly in opposition to Massachusetts state and Boston city government COVID-19 response measures.

Plaintiff believes that Judge Casper's impartiality might reasonably be questioned in this matter due to Judge Casper's spouse's very substantial financial interest in "aggressively" supporting state and city government COVID-19 response measures across the entire United States and beyond. *See, e.g.,* Exhibit A. *Cf. Arizona v. Mayorkas*, 143 S. Ct. 1312, 1315-16 (2023) (Gorsuch, J., concurring) ("The concentration of power in the hands of so few may be efficient and sometimes popular. But it does not tend toward sound government.").

Unless it becomes moot, Plaintiff's motion for the disqualification of Judge Casper from hearing this case will follow shortly.

Respectfully submitted,
Plaintiff Sigridur Baldursdottir,
By her attorney,

Ilya I. Feoktistov, Esq.
B.B.O. No. 704458
LAW OFFICE OF ILYA FEOKTISTOV
292 Columbus Avenue, No. 544
Boston, MA 02115
(617) 462-7938
if@ilyafeoktistov.com

July 12, 2023

## SERVICE CERTIFICATE

I, Ilya Feoktistov, counsel for Plaintiff Sigridur Baldursdottir in the above-captioned matter, hereby certify that on July 7, 2023, I served a true and accurate copy of the foregoing document on counsel for the parties of record by filing electronically.

Ilya I. Feoktistov, Esq.

# Exhibit A

# McKinsey & Company

**Pharmaceuticals & Medical Products Practice**

# Thermo Fisher Scientific CEO Marc Casper on provisioning the front lines in the pandemic

Governments, healthcare providers, and pharmaceutical companies are battling COVID-19 on different fronts. Thermo Fisher Scientific is at the nexus of all of these endeavors.



May 2020

**The first news** of the COVID-19 pandemic set off an urgent effort by governments to ensure that healthcare providers, first responders, and other at-risk workers had access to personal protective equipment and other necessary supplies. While countries around the world are now taking the first steps toward reopening society, the demand for these supplies isn't likely to let up any time soon.

Marc Casper has been at the center of these activities since the onset of the pandemic. As CEO of Thermo Fisher Scientific, a provider of scientific instrumentation, reagents and consumables, and software, he has had to manage the crisis on two fronts: helping his company adapt, and directing supplies and expertise where they are needed most. He notes, "It's been the most intense period of my business career: keeping our 900 sites open so that we can support the response and, most important, keep our colleagues safe while we do it."

In a video conversation with McKinsey's Jeffrey Algazy and Ramesh Srinivasan, Casper shared his insights on the challenges of working with a wide range of stakeholders, what the pandemic has taught him about leadership, and why he's hopeful for the future. A condensed and edited version of Casper's remarks follows.

### Collaboration with governments, biotechs, and pharma companies

Government relations, other than regulatory compliance, has historically been a very small proportion of our work. We typically engage directly with our customers—whether a hospital or a pharmaceutical company. Now government has become an absolutely essential enabler of the response. Activities include everything from dramatically accelerated regulatory pathways on products to working out all the logistics to ship products.

We're a big global company, with half of our employees based in the United States. Historically, we would have spent very little time working with individual states. Because the US response is primarily at the state level, we've been working aggressively to support the 50 states. From a management-bandwidth perspective, that has been an interesting challenge.

Pharma and biotech is our traditional customer base and represents about half of our revenue. We're helping companies in these sectors with COVID-19 testing for their own colleagues as well as how to screen compounds that might be effective in treating this virus. How do they accelerate vaccine production? If they are successful, all of a sudden they have to scale a therapy or vaccine well beyond what they ever dreamed.

### Supporting state governments

We're making sure that states understand their choices—antibody testing, the actual virology testing, and point-of-care versus central lab. We want to give them the basics of the landscape so

> "We have learned a lot about what a return to work looks like. And now we're really working on how to give society the scale to be able to address key questions."

Thermo Fisher Scientific CEO Marc Casper on provisioning the front lines in the pandemic

# "The thing that gives me hope is the best minds in the world are focused on addressing the challenge at hand."

they can pursue a strategy that makes sense for their population.

We do some basic education. We want to have enough capacity so that states can actually get their economies up and running. We have collaborated with a number of states to help their labs ramp up testing capacity and give them assurance on supplies.

We've also identified labs within states and moved equipment to those labs to scale them up. Certain states, such as Ohio, have asked us to commit longer term to support a real dramatic ramp-up in testing.

## A return for business and society

I think about return through two lenses: first, operating the company; and second, how we enable society to accelerate.

We have learned a lot about what a return to work looks like in this environment. And now we're really working on how to give society the scale to be able to address key questions. What's the role of testing, and how do you make it widely available? How do you then do contact tracing and isolation and help governments think through execution?

At the same time, what will help accelerate the ramp-up is not just information about testing and isolation but testing and some therapy, even if it only helps blunt the symptoms. And then ultimately a vaccine will be needed for life in a post-COVID-19 world.

At the least, for people at high risk we want a level of acceptability in line with the flu. Currently, we don't avoid going out because we might get the flu. Some people get very sick or even pass away from the flu. But we need to get to a point where the level of risk from the coronavirus is acceptable. We need to implement strategies to do that.

## Lessons for leadership

Normally when you have challenging news, you really like to have your frontline leaders communicate it, because they have a relationship with their colleagues. For the pandemic, I did global town halls, and I'm super candid: I've walked the factory floors, and I've been here a long time. I gave the good news and the bad news. I expressed gratitude directly and skipped all of the management layers.

Our colleagues hugely valued that. But at the same time, it makes your management team less effective. That has been a real lesson learned. I was aware of what I was doing, but I didn't want to have 10,000 managers communicate any level of bad news when I wouldn't be able to really educate them and put them in a position to be successful.

The other thing I've learned is no matter what the message is, you can't overcommunicate enough. I always believed that, but the cadence of communication has really been important to be able to navigate this time.

## Better days ahead

The thing that gives me hope is the best minds in the world are focused on addressing the challenge at hand. I have tremendous confidence that with the brain power and investment, we'll look back on this time and say, "It's amazing how society responded to put the virus behind us."

It's going take some time, but I'm actually optimistic that there will be therapies and eventually a vaccine, and that testing strategies will be put in place across the world that facilitate some sort of new normal.

*Comments and opinions expressed by interviewees are their own and do not represent or reflect opinion, policy, position, or endorsement of/by McKinsey & Company.*

**Marc Casper** is CEO of Thermo Fisher Scientific. **Jeffrey Algazy** is a senior partner in McKinsey's New Jersey office, and **Ramesh Srinivasan** is a senior partner in the New York office.

Designed by Global Editorial Services
Copyright © 2020 McKinsey & Company. All rights reserved.

## FOR THE EXCLUSIVE USE OF

From the Boston Business Journal:
https://www.bizjournals.com/boston/news/2021/04/08/thermo-fisher-ceo-made-264m-last-year-up-39-o.html

SUBSCRIBER CONTENT:

**Health Care**

# Thermo Fisher CEO made $26.4M last year, up $39% over 2019



Marc Casper is the CEO of Thermo Fisher Scientific.

7/12/23, 9:05 PM
Thermo Fisher CEO Marc Casper made $26.4M in 2020, up 39% from 2019 - Boston Business Journal
Case 1:23-cv-11403-DJC Document 12 Filed 07/12/23 Page 9 of 23



By Rowan Walrath – Life Sciences Reporter, Boston Business Journal
Apr 8, 2021    **Updated** Apr 8, 2021 3:01pm EDT

While other medical device makers like neighboring Boston Scientific suffered under the early effects of the Covid-19 pandemic, Thermo Fisher has thrived, relatively speaking — and its CEO's total compensation was the highest its ever been.

Case 1:23-cv-11403-DJC   Document 12   Filed 07/12/23   Page 10 of 23

Case 1:23-cv-11403-DJC   Document 12   Filed 07/12/23   Page 1 of 23

## FOR THE EXCLUSIVE USE OF

From the Boston Business Journal:
https://www.bizjournals.com/boston/news/2023/04/07/thermo-fishers-ceo-awarded-282m-total-pay-2022.html

SUBSCRIBER CONTENT:

**Health Care**

# Thermo Fisher's CEO awarded $28.2M in total pay for 2022



Thermo Fisher CEO Marc Casper, center, meets U.S. Sen. Ed Markey, right, in a recent file photo on the company's website.

COURTESY PHOTO



By Don Seiffert – Managing Editor, Boston Business Journal
Apr 7, 2023   **Updated** Apr 7, 2023 2:28pm EDT

 Preview this article   1 min   

The 2022 compensation for Marc Casper, longtime CEO of the state's most valuable company by market capitalization, represented a 33% increase over 2021.

LAST UPDATED: 10 MAY 2023 AT 4:15PM EST

**Marc Casper Net Worth**

The estimated Net Worth of Marc N Casper is at least ⓘ $242 Million dollars as of 8 May 2023. Mr. Casper owns over 11,600 units of **Thermo Fisher Scientific stock** worth over $75,169,220 and over the last 20 years he sold TMO stock worth over $147,415,206. In addition, he makes $19,023,100 as Chairman of the Board, President, and Chief Executive Officer at Thermo Fisher Scientific.

## Mr. Casper TMO stock SEC Form 4 insiders trading

Marc has made over **63 trades** of the Thermo Fisher Scientific stock since 2004, according to the Form 4 filled with the SEC. Most recently he exercised **11,600 units of TMO stock worth $1,829,088 on 8 May 2023.**

The largest trade he's ever made was selling 208,765 units of Thermo Fisher Scientific stock on 6 February 2014 worth over $24,154,111. On average, Marc trades about 13,877 units every 38 days since 2003. As of 8 May 2023 he still owns at least ⓘ 142,929 units of **Thermo Fisher Scientific** stock.

You can see the **complete history** of Mr. Casper stock trades at the bottom of the page.



Wallmine is a radically better financial terminal.

Sign up in seconds, it's free!

✉ Sign up

Already have an account? **Sign in**

OR

G   **Sign up with Google**

f   **Sign up with Facebook**



# Marc Casper biography

Marc N. Casper serves as **Chairman of the Board, President, Chief Executive Officer** of the Company. As the only member of the Company's management to serve on the Board, Mr. Casper contributes a deep and valuable understanding of Thermo Fisher history and day-to-day operations. This contribution is stemmed further from Mr. Casper's 20-plus years in the life sciences and healthcare equipment industry, and his long standing employment with the Company. Additionally, Mr. Casper's experience as the Chief Executive Officer of the Company, and previously serving in various senior level management roles, enables him to provide strategic leadership skills and financial acumen and expertise that are invaluable to the Board.

# What is the salary of Marc Casper?

As the Chairman of the Board, President, and Chief Executive Officer of Thermo Fisher Scientific, the total compensation of Marc Casper at Thermo Fisher Scientific is $19,023,100. There are no executives at Thermo Fisher Scientific getting paid more.



# How old is Marc Casper?

Marc Casper is 52, he's been the Chairman of the Board, President, and Chief Executive Officer of Thermo Fisher Scientific since 2020. There are 21 older and 3 younger executives at Thermo Fisher Scientific. The oldest executive at Thermo Fisher Scientific Inc. is **Elaine Ullian**, 71, who is the Independent Director.



# What's Marc Casper's mailing address?

Marc's mailing address filed with the SEC is **168, Third Avenue, Waltham, Middlesex County, Massachusetts, 02451, United States**.

## Insiders trading at Thermo Fisher Scientific

Over the last 20 years, **insiders at Thermo Fisher Scientific** have traded over $345,400,284 worth of Thermo Fisher Scientific stock and bought 4,297 units worth $220,902 . The most active insiders traders include **Thomas J Lynch**, **Dion J Weisler**, and **Marc N Casper**. On average, Thermo Fisher Scientific executives and independent directors trade stock every 23 days with the average trade being worth of $14,471,776. The most recent stock trade was executed by **Marc N Casper** on 8 May 2023, trading 11,600 units of TMO stock currently worth $1,829,088.



## What does Thermo Fisher Scientific do?

thermo fisher scientific inc. (nyse: tmo) is the world leader in serving science, with revenues of $17 billion and approximately 50,000 employees in 50 countries. our mission is to enable our customers to make the world healthier, cleaner and safer. we help our customers accelerate life sciences research, solve complex analytical challenges, improve patient diagnostics and increase laboratory productivity. through our premier brands – thermo

scientific, applied biosystems, invitrogen, fisher scientific and unity lab services – we offer an unmatched combination of innovative technologies, purchasing convenience and comprehensive support. for more information, please visit www.thermofisher.com.

## What does Thermo Fisher Scientific's logo look like?



## Complete history of Mr. Casper stock trades at Thermo Fisher Scientific, U.S. Bancorp, and Synopsys

| Date | Company | Insider | Transaction | Shares | Price per share | Total value | Shares a |
|---|---|---|---|---|---|---|---|
| 8 May 2023 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 11,600 | $157.68 | **$1,829,088** | 1 |
| 4 May 2023 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 20,000 | $157.68 | **$3,153,600** | 1 |
| 13 Mar 2023 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Sale** | 15,000 | $549.14 | **$8,237,100** | |
| 13 Feb 2023 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 11,600 | $157.68 | **$1,829,088** | 1 |
| 9 Feb 2023 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Sale** | 40,000 | $572.31 | **$22,892,400** | 1 |
| 16 Nov 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Sale** | 15,000 | $531.46 | **$7,971,900** | |
| 10 Nov 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Sale** | 20,000 | $526.57 | **$10,531,400** | 1 |
| 4 Nov 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 18,100 | $129.77 | **$2,348,837** | 1 |
| 2 Nov 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Sale** | 8,200 | $487.45 | **$3,997,090** | |
| 2 Nov 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 20,000 | $129.77 | **$2,595,400** | |
| 31 Oct 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 20,000 | $129.77 | **$2,595,400** | |
| 3 Aug 2022 | **TMO** <br> Thermo Fisher Scientific Inc. | **Marc N Casper** <br> Chairman and CEO | **Option** | 20,000 | $129.77 | **$2,595,400** | |

| Date | Company | Insider | Transaction | Shares | Price per share | Total value | Shares a |
|---|---|---|---|---|---|---|---|
| 1 Aug 2022 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 20,000 | $129.77 | **$2,595,400** | 1 |
| 3 May 2022 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Sale | 2,181 | $562.46 | **$1,226,725** | 1 |
| 3 May 2022 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 20,000 | $129.77 | **$2,595,400** | 1 |
| 2 May 2022 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 10,000 | $129.77 | **$1,297,700** | 1 |
| 4 Aug 2021 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Sale | 20,000 | $539.49 | **$10,789,800** | 1 |
| 2 Aug 2021 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Sale | 20,000 | $535.59 | **$10,711,800** | 2 |
| 2 Nov 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Sale | 15,000 | $484.09 | **$7,261,350** | |
| 26 Oct 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Sale | 20,000 | $483.88 | **$9,677,600** | 2 |
| 30 Jul 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 40,000 | $131.07 | **$5,242,800** | 2 |
| 28 Jul 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 40,000 | $131.07 | **$5,242,800** | 2 |
| 24 Jul 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 40,000 | $131.07 | **$5,242,800** | 2 |
| 2 Jun 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 14,795 | $124.28 | **$1,838,723** | 2 |
| 29 May 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 40,000 | $124.28 | **$4,971,200** | 2 |
| 18 May 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 16,705 | $124.28 | **$2,076,097** | 2 |
| 28 Apr 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 30,000 | $124.28 | **$3,728,400** | 3 |
| 11 Feb 2020 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 30,000 | $124.28 | **$3,728,400** | 3 |
| 25 Oct 2019 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 47,729 | $73.24 | **$3,495,672** | 3 |
| 13 Sep 2019 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 2,271 | $73.24 | **$166,328** | |
| 30 Jul 2019 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 50,000 | $73.24 | **$3,662,000** | 3 |
| 29 Apr 2019 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 50,713 | $73.24 | **$3,714,220** | 3 |
| 1 Oct 2018 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 125,520 | $46.56 | **$5,844,211** | 3 |
| 6 Aug 2018 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | Option | 50,000 | $46.56 | **$2,328,000** | |

| Date | Company | Insider | Transaction | Shares | Price per share | Total value | Shares a |
|---|---|---|---|---|---|---|---|
| 15 Jun 2018 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 45,000 | $46.56 | **$2,095,200** | 3 |
| 13 Jun 2018 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 50,000 | $46.56 | **$2,328,000** | 3 |
| 21 Mar 2018 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 80,000 | $46.56 | **$3,724,800** | 3 |
| 15 Dec 2017 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 50,000 | $46.56 | **$2,328,000** | 3 |
| 15 Nov 2017 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 50,000 | $46.56 | **$2,328,000** | 3 |
| 1 Jun 2017 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 20,000 | $172.79 | **$3,455,800** | 2 |
| 15 Mar 2017 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 20,000 | $158.60 | **$3,172,000** | 2 |
| 15 Mar 2017 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 20,000 | $158.60 | **$3,172,000** | 2 |
| 2 Sep 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 28,797 | $54.97 | **$1,582,971** | 3 |
| 2 Sep 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 28,797 | $54.97 | **$1,582,971** | 3 |
| 1 Sep 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 30,000 | $54.97 | **$1,649,100** | 3 |
| 1 Sep 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 30,000 | $54.97 | **$1,649,100** | 3 |
| 15 Aug 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 25,000 | $155.96 | **$3,899,000** | 2 |
| 5 Jul 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 20,000 | $54.97 | **$1,099,400** | 3 |
| 1 Jul 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 30,000 | $54.97 | **$1,649,100** | 3 |
| 14 Mar 2016 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 30,000 | $139.28 | **$4,178,400** | 3 |
| 17 Sep 2015 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 25,000 | $130.00 | **$3,250,000** | 3 |
| 1 Apr 2015 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 20,000 | $131.89 | **$2,637,800** | 3 |
| 27 Feb 2015 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 19,100 | $130.11 | **$2,485,101** | 4 |
| 6 Feb 2014 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 208,765 | $115.70 | **$24,154,111** | 2 |
| 17 Jun 2013 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Sale** | 43,396 | $85.58 | **$3,713,830** | 3 |
| 11 Dec 2012 | **TMO** Thermo Fisher Scientific Inc. | **Marc N Casper** Chairman and CEO | **Option** | 126,900 | $43.37 | **$5,503,653** | 5 |

| Date | Company | Insider | Transaction | Shares | Price per share | Total value | Shares a |
|------|---------|---------|-------------|--------|-----------------|-------------|----------|
| 1 Nov 2012 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | **Option** | 125,000 | $43.37 | **$5,421,250** | 5 |
| 8 Mar 2012 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | **Option** | 90,000 | $34.86 | **$3,137,400** | 5 |
| 2 Mar 2012 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | **Option** | 100,000 | $34.86 | **$3,486,000** | 5 |
| 12 Nov 2004 | TMO<br>Thermo Fisher Scientific Inc. | Marc N Casper<br>Chairman and CEO | **Option** | 50,000 | $22.18 | **$1,109,000** | |

# Thermo Fisher Scientific executives and stock owners

Thermo Fisher Scientific executives and other stock owners filed with the SEC include:

- **Marc Casper**, Chairman of the Board, President, Chief Executive Officer

- **Marc N. Casper**, Chairman, Pres & CEO

- **Mark Stevenson**, Chief Operating Officer, Executive Vice President

- **Michel Lagarde**, Executive Vice President

- **Stephen Williamson**, Chief Financial Officer, Senior Vice President

- **Mark P. Stevenson**, Exec. VP

- **Syed Jafry**, Senior Vice President and President, Regions

- **Stephen Williamson**, Sr. VP & CFO

- **Syed A. Jafry**, Sr. VP & Pres of Regions

- **Gianluca Pettiti**, Exec. VP

- **Jim Manzi**, Independent Director

- **Nelson Chai**, Independent Director

- **Judy Lewent**, Independent Director

- **Tyler Jacks**, Independent Director

- **Thomas Lynch**, Lead Independent Director

- **Scott Sperling**, Independent Director

- **Elaine Ullian**, Independent Director

- **Lars Sorensen**, Independent Director

- **C. Martin Harris**, Independent Director

- **Dion Weisler**, Independent Director

- **James Mullen**, Independent Director

- **Debora Spar**, Independent Director

- **R. Alexandra Keith**, Director

- **Kenneth Apicerno**, Vice President– Investor Relations

- **Peter Hornstra**, Vice President, Chief Accounting Officer

- **Michael Boxer**, Senior Vice President, General Counsel

- **Sandy B. Pound**, VP & Chief Communications Officer

- **Michael A. Boxer Esq.**, Sr. VP & Gen. Counsel

- **Rafael Tejada**, VP of Investor Relations

- **Dr. Karen E. Nelson Ph.D.**, Chief Scientific Officer

- **Ryan J. Snyder**, Sr. VP & Chief Information Officer

- **Joseph R. Holmes**, VP & Chief Accounting Officer

- **William G Parrett**, Director

- **Daniel P Shine**, Senior Vice President

- **Thomas W Loewald**, Senior Vice President

- **Seth H Hoogasian**, VP, Gen. Counsel & Secretary

- **Patrick M Durbin**, Senior Vice President

- **Gregory J. Herrema**, Senior Vice President

- **Andrew J Thomson**, Senior Vice President

- **Edward A Pesicka**, Senior Vice President

- **Alan J Malus**, Senior Vice President

- **Kenneth Berger**, Senior Vice President

- **Michael E Porter**, Director

- **Peter J Manning**, Director

- **Yuh Geng Tsay**, Senior Vice President

- **Stephen P Kaufman**, Director

- **Michael Adam Bell**, Director

- **Bruce L Koepfgen**, Director

- **Stephen G Sheehan**, VP, Human Resources

- **Marijn E Dekkers**, Chief Executive Officer

- **Fredric T Walder**, Sr. VP, Commercial Excellence

- **Peter M Wilver**, VP, Financial Operations

- **Guy Broadbent**, VP, Optical Technologies

- **Alexander G Stachtiaris**, Sr. VP, Global Bus. Services

- **Joseph R Massaro**, Sr. VP, Global Bus. Services

- **Paul M Meister**, Director

- **Robert A Mccabe**, Director

- **Leary Robert O**, Director

- **John L Lamattina**, Director

- **Kyriazi Theo Melas**, VP & Chief Financial Officer

- **Richard F/Ca Syron**, Executive Chairman

- **Barry S Howe**, VP, Measurement & Control

- **Joseph R. Holmes**, VP & Chief Accounting Officer

- **Gianluca Pettiti**, Executive Vice President

- **Ruby R Chandy**, Director

## RESOURCES

Companies / Profiles

Insiders trading / Advisers

Terms of Use

Privacy Policy / DPA

wallmine

English (US)

© 2023 wallmine

Download on App Store

Download on Google Play